**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

EDDIE LEE WRIGHT,

        Plaintiff,

vs.                                                  Case No. 3:12-cv-1007-J-32TEM

CAROLYN COLVIN, Acting Commissioner
of the Social Security Administration,

        Defendant.

_____

**ORDER**

Plaintiff filed this case as an appeal of the Commissioner's decision to deny his claim for benefits under Title II of the Social Security Act. See Doc. 1. In response, the Commissioner filed a motion to dismiss arguing that the Court lacks subject matter jurisdiction because plaintiff failed to exhaust his administrative remedies and therefore did not receive a final decision, as is required to obtain judicial review. See Doc. 5. Plaintiff filed a response in opposition (Doc. 7), the Commissioner filed a reply (Doc. 12) and plaintiff filed a sur-reply (Doc. 13). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 14) recommending that the Commissioner's motion to dismiss this federal case be denied, but that the Commissioner's decision to dismiss plaintiff's disability claim be affirmed. The Commissioner filed objections to the Report and Recommendation (Doc. 15) to which plaintiff responded (Doc. 16).

Upon independent review, the Court agrees with the Magistrate Judge that Bloodsworth v. Heckler, 703 F.2d 1233 (11th Cir. 1983), controls the outcome here and, notwithstanding that Wright never had a hearing before the ALJ, the reasoning of

Bloodsworth still applies.[1]  Accordingly, it is hereby

**ORDERED**:

1. The Commissioner's objections to the Report and Recommendation (Doc. 15) are **OVERRULED** and the Report and Recommendation (Doc. 14) of the Magistrate Judge is **ADOPTED** as the opinion of the Court; the Commissioner's Motion to Dismiss (Doc. 5) is **DENIED**.

2. Pursuant to sentence four of 42 U.S.C §§ 405(g) and 1383(c)(3), the decision of the Commissioner to dismiss plaintiff's claim is **AFFIRMED**.

3. The Clerk is hereby directed to enter judgment accordingly and to **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of October, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Thomas E. Morris
United States Magistrate Judge

counsel of record

---

[1] Moreover, in a case in which the Commissioner believes the Court has no jurisdiction, her Appeals Council should not be issuing letters extending the time in which parties may file a civil action to seek court review. See Doc. 5-1, Ex. 5.